AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 07 2015 ★
LONG ISLAND OFFICE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. MJ-15-314-AKT-01 |
| JAMES ALIMONOS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Alimonos

Date:   04/07/2015

_____
*Attorney's signature*

BRADLEY L. HENRY
*Printed name and bar number*

261 MADISON AVE, 12TH FL.
NEW YORK, NY 10016
*Address*

BHENRY@BLANCHPC.COM
*E-mail address*

212-736-3900
*Telephone number*

212-736-3910
*FAX number*